UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 05-14089-GRAHAM

UNITED STATES OF AMERICA

        Plaintiff,

vs.

WILLIAM DALE YOUNG,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's Motion to Alter Conditions of Supervised Release, (D.E. 31)

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch United States Magistrate Judge on November 8, 2010. A Report and Recommendation was filed recommending that Defendant's Motions to Alter Conditions of Supervised Release be **Denied**.

The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted an independent review of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation filed in this cause is hereby, **AFFIRMED and APPROVED** in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of January, 2011.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Lynch
        Diana Acosta, AUSA
        Urania Salamanca, USPO
        William Dale Young, Pro se